**Nebraska Court of Appeals Memorandum Opinions
NOT Selected for Posting to Court Website**

**(released the week prior to October 16, 2018)**

The following memorandum opinions were filed by the Nebraska Court of Appeals and can be viewed using SSCALES:

| | |
|---|---|
| A-17-927 | State v. Bogenreif |
| A-17-958 | State v. Haynes |
| A-17-1176 | Schroeder v. Bank of America Nat. Assn. |
| A-17-1178 | Ramos v. Roldan |
| A-18-180 | State v. Johnson |

The above-listed memorandum opinions can be viewed online through the appellate court case search available by subscription through Nebraska.gov: http://www.nebraska.gov/subscriber/.

Current subscribers to Nebraska.gov can search appellate court cases here: https://www.nebraska.gov/courts/sccales/.